**Marvin Douglas SUNDQUIST
Plaintiff-Appellant**

v.

**State of NEBRASKA; Nebraska Attorney General's Office; Ed Vierk, Assistant Nebraska Attorney General; Nebraska Department of Health and**

---

Human Services; Ruth Schuldt, Probation Compliance Monitor; Douglas J. Peterson; Courtney Phillips Defendants-Appellees

No. 16-3814

United States Court of Appeals, Eighth Circuit.

Submitted: June 28, 2017

Filed: July 12, 2017

Marvin Douglas Sundquist, Pro Se

Stephanie Anne Caldwell, Assistant Attorney General, Kyle J. Citta, Jessica Forch, Attorney General's Office, Lincoln, NE, for Defendants-Appellees

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Marvin Sundquist appeals from the adverse judgment the district court[1] entered in his action asserting a deprivation of his rights while he was in the process of seeking, and ultimately obtaining, a license from the State of Nebraska to practice massage therapy. He challenges the denial of a motion to amend his complaint and the adverse grant of summary judgment.

We first conclude that the denial of Sundquist's motion to amend was not an abuse of discretion. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (noting that decisions regarding a plaintiff's motion to amend its complaint are reviewed for abuse of discretion). We further conclude that summary judgment

was appropriately granted for the reasons stated by the district court. *See Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (explaining that a grant of summary judgment is reviewed *de novo*, viewing the record in the light most favorable to non-movant). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.